# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTIAN MARCOS RAMOS,**
Appellant,

v.

**NATALIA PRODIGY WILLIAMS,**
Appellee.

No. 4D2025-3182

[March 18, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; M. Katherine Mullinax, Judge; L.T. Case No. 502025CC012899XXXAMB.

Christian Marcos Ramos, West Palm Beach, pro se.

Joshua L. Spoont, Nathaniel M. Edenfield and Mauricio A. Torres of Sodhi Spoont PLLC, Boca Raton, for appellee.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Christian Marcos Ramos appeals from the county court's final order of dismissal and subsequent denial of his motion for rehearing. Appellee, Natalie Prodigy Williams, filed a confession of error conceding that the dismissal without notice or hearing violated due process. We agree.

Based on the proper confession of error, we reverse the county court's order and remand for further proceedings.

*Reversed and remanded.*

MAY, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***